UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN DRUGE,

    Plaintiff,

v.

                              CASE NO: 8:17-cv-01483-VMC-TGW

MEDICREDIT, INC.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT AND MOTION TO VACATE MEDIATION

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to paragraph eight of this Court's Fast-Track Scheduling Order, hereby submit the following Notice of Settlement and Motion to Vacate Mediation:

1. This Court has Ordered that the Parties mediate this case on November 7, 2017, before Peter J. Grilli, at 3001 West Azeele St., Tampa, Florida 36609.

2. On Thursday, November 2, 2017, the Parties reached an agreement in principle to settle this case. The Parties are now in the process of reducing that agreement to writing. The Parties anticipate completing that process prior to the date of mediation.

3. Paragraph eight of this Court's Fast-Track Scheduling Order (ECF Docket # 11) requires leave of Court to cancel mediation, "even if the parties have reached a settlement."

4. Because the Parties have reached a settlement in this case, mediation is no longer necessary. Good cause, therefore, exists to cancel the mediation set by the Court in this case.

5. The Parties have advised Mr. Grilli that they have reached a settlement.

6. Thus, the Parties respectfully request that this Court cancel the mediation currently set for November 7, 2017.

WHEREFORE Plaintiff and Defendant respectfully request that this Court take notice that they have entered into a settlement agreement and enter an Order GRANTING their Join Motion to Vacate Mediation, vacate and cancel the mediation set for November 7, 2017, and for any additional relief this Court deems appropriate under the circumstances.

Respectfully submitted this 2nd day of November, 2017,

|  |  |
|---|---|
|  | Respectfully submitted, |
| *s/Amanda J. Allen* | *s/ Jacob F. Hollars* |
| Amanda J. Allen, Esquire | Jacob F. Hollars |
| Florida Bar No. 98228 | Colorado Bar No.: 50352 (admitted pro hac vice) |
| Amanda@TheConsumerProtectionFirm.com | jhollars@spencerfane.com |
| William "Billy" Peerce Howard, Esquire | SPENCER FANE LLP |
| Florida Bar No. 0103330 | 1700 Lincoln St., Suite 2000 |
| Billy@TheConsumerProtectionFirm.com | Denver, Colorado 80203 |
| The Consumer Protection Firm, PLLC | Telephone: 303.839.3707 |
| 210 A South MacDill Avenue | Facsimile: 303.839.3838 |
| Tampa, Florida 33609 |  |
| Telephone: 813.500.1500 |  |
| Facsimile: 813.435.2369 |  |
| ATTORNEYS FOR PLAINTIFF |  |
|  | Ina Crawford |
|  | Florida Bar No.: 378682 |
|  | ina.crawford@ogletreedeakins.com |
|  | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|  | 100 North Tampa Street, Suite 3600 |
|  | Tampa, Florida 33602 |
|  | Telephone: 813.289.1247 |
|  | Facsimile: 813.289.6530 |
|  | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 2, 2017, I electronically filed a true and correct copy of the foregoing using the CM/ECF filing system which will send a notice of electronic filing to all counsel of record.

                                      *s/ Jacob F. Hollars*
                                      Jacob F. Hollars